FILED

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0168

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0168

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JAMES R. LOWRANCE,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's Unopposed Motion to Supplement the Record on Appeal, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted, and the Clerk of the Twelfth Judicial District Court, Hill County, is ordered to transmit Exhibits A-C, 1, 2 from Cause No. DC 17-137.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 3 2021